IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MANCEL SPRAYBERRY, § § *Plaintiff*, § § v. § § ROGER W. ANDERSON, ET AL., § § *Defendant*. § § | Case No. 2:22-CV-00116-JRG-RSP |

### ORDER

Defendants Roger W. Anderson and Darah Lyn Eckert previously filed motions to dismiss (Dkt. Nos. 5 & 7). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 13), recommending that the motions be granted. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. A final judgment will issue separately.

**So ORDERED and SIGNED this 6th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE